FILED 2007 OCT 18 AM 11: 04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: '07 MJ 2492 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |
| Fred Rogelio LLAMAS-Ceja ) | |
| Defendant ) | |

The undersigned complaint being duly sworn states:

On or about October 17, 2007, within the Southern District of California, Fred Rogelio LLAMAS-Ceja did knowingly and intentionally import approximately 126.64 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF October, 2007.

_____
MAGISTRATE JUDGE

**WILLIAM McCURINE, JR.**



PROBABLE CAUSE STATEMENT

I, Special Agent Derren Henderson, declare under penalty of perjury, the following is true and correct:

On October 17, 2007 at approximately 1520 hours, Fred Rogelio LLAMAS-Ceja made entry into the United States via the Sentri Lane at Otay Mesa, CA, Port of Entry from the Republic of Mexico. LLAMAS was the driver of a Silver 1999 Volkswagen Passat bearing Baja California license plates BEA 2808. LLAMAS approached the Customs and Border Protection (CBP) Officer at the primary inspection booth and presented his DSP-150 Border Crossing Card. The CBP Officer asked LLAMAS if he was bringing anything back from Mexico, and LLAMAS stated that he was not. During questioning, the CBP Officer noticed that LLAMAS never made eye contact and squeezed the steering wheel tightly with both hands. Since this was not the usual demeanor for someone using the Sentri Lane, the CBP Officer asked LLAMAS to shut off his engine and open his trunk. After LLAMAS opened the trunk, the CBP Officer noticed wrapped packages hidden inside. LLAMAS was escorted into the security office and the vehicle taken to the secondary inspection area for further examination.

In the secondary inspection area, a Canine Enforcement Officer (CEO) utilized his Narcotic Detection Dog (NDD) and inspected the Volkswagen Passat. The NDD alerted to the vehicle for the presence of a narcotic odor.

In the secondary inspection area, CBP Officers inspected the vehicle and discovered numerous wrapped packages in the trunk. A random sample of one of the packages revealed a green leafy substance that tested positive for marijuana. A total of 16 packages were removed from the compartment, which had a weight of 126.64 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents contacted LLAMAS and advised him that marijuana had been found in the vehicle and that he was under arrest. LLAMAS was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on October 17, 2007

_____
Special Agent,
U.S. ICE